# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **Network Protection Sciences, LLC,**  *Plaintiff*,  vs.  **Netsweeper, Inc.,**  *Defendant*. | Civil Action No.  2:11-cv-187  **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

Came before the Court the Joint Motion for Dismissal filed by Network Protection Sciences, LLC and Netsweeper, Inc. Upon agreed motion, and upon Netsweeper's pledges of providing discovery as set forth in the motion, the Court hereby Dismisses this action and all claims asserted herein by any party without prejudice.  The Court retains jurisdiction to enforce the terms of the agreement.

**So ORDERED and SIGNED this 30th day of May, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE